B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Drum Construction Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **23-1575773** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2840 W. Clymer Avenue**<br>**Telford, PA**<br>ZIPCODE **18969** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Bucks** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 130**<br>**Telford, PA**<br>ZIPCODE **18969** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                          Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Drum Construction Company, Inc.** |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>Prior Bankruptcy Case Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Drum Construction Company, Inc.** |

<div align="center">

**Signatures**

</div>

| | |
|---|---|
| <div align="center">**Signature(s) of Debtor(s) (Individual/Joint)**</div> | <div align="center">**Signature of a Foreign Representative**</div> |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| | |
|---|---|
| <div align="center">**Signature of Attorney***</div> | <div align="center">**Signature of Non-Attorney Petition Preparer**</div> |

X */s/ Gregory R. Noonan, Esquire*
   Signature of Attorney for Debtor(s)

**Gregory R. Noonan, Esquire 48544**
**Walfish & Noonan, LLC**
**528 DeKalb Street**
**Norristown, PA  19401**
**(610) 277-7899  Fax: (610) 277-7884**
**walfishnoonan@aol.com**

**June 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
    Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| | |
|---|---|
| <div align="center">**Signature of Debtor (Corporation/Partnership)**</div> | |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Gary M. Carpenter*
   Signature of Authorized Individual

**Gary M. Carpenter**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 17, 2011**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:

**Drum Construction Company, Inc.**

Debtor(s)

Case No. **11-** _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **M&M Stone, Inc.**<br>**PO Box 189**<br>**Telford, PA  18969** | | | **Disputed** | **1,947,597.12** |
| **Carpenter Brothers, Inc.**<br>**PO Box 130**<br>**Telford, PA  18969** | | | | **1,470,190.96** |
| **Gary M. Carpenter**<br>**112 Fariview Circle**<br>**Barto, PA  19504** | | | | **265,251.67** |
| **Carpenter Brothers, Inc.**<br>**PO Box 130**<br>**Telford, PA  18969** | | | | **148,634.00** |
| **First Insurance Funding, Inc.**<br>**450 Skokie Boulevard, Suite 1000**<br>**Northbrook, IL  60062,** | | | | **142,444.08** |
| **Eastern Industries**<br>**4401 Camp Meeting Road, Ste 200**<br>**Center Valley, PA  18034** | **Joel Polosky**<br>**(610) 395-5811** | | **Disputed** | **109,623.30** |
| **Komatsu Financial**<br>**PO Box 99303**<br>**Chicago, IL  60693-9303** | | | | **694,515.74**<br>**Collateral:**<br>**586,000.00**<br>**Unsecured:**<br>**108,515.74** |
| **Cavan Construction**<br>**274 Bodley Road**<br>**Aston, PA  19014** | **Tom Smith**<br>**(610) 356-2966** | | | **102,387.00** |
| **Midlantic Machinery Company**<br>**2240 Bethlehem Pike**<br>**Hatfield, PA  19440** | **Vince Altomare**<br>**(215) 882-0145** | | | **83,682.62** |
| **Valvano Construction, Inc.**<br>**R 347 Main Street**<br>**Dickson City, PA  18519** | **John Valvano**<br>**(570) 383-0231** | | | **75,617.50** |
| **HD Supply Waterworks, Ltd**<br>**400 S. Graves Road**<br>**Plymouth Meeting, PA  18964** | **Theresa Kerkhoff**<br>**(440) 237-3365** | | | **73,411.94** |
| **Middleport Materials**<br>**PO Box 189**<br>**Telford, PA  18969** | | | **Disputed** | **68,009.09** |
| **Moyer Indoor/Outdoor**<br>**PO Box 64198**<br>**Souderton, PA  18964** | **John Moyer**<br>**(215) 799-2000** | | | **64,781.55** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Carrol Engineering**<br>949 Easton Road, Suite 100<br>Warrington, PA 18976 | **Thomas Watkins**<br>**(215) 343-5700** | | 45,997.50 |
| **Lincoln Pavement Services**<br>51 Chestnut Hill Road<br>Stevens, PA 17578 | **Brian**<br>**(717) 656-2016** | **Disputed** | 44,131.50 |
| **ProMax Fence Systems, Inc.**<br>2621 Centre Avenue<br>Reading, PA 19605 | **Russ Curtier**<br>**(610) 685-4300** | **Disputed** | 42,683.10 |
| **Keystone Health Plan**<br>PO Box 70250<br>Philadelphia, PA 19176 | | | 42,031.18 |
| **Groffdale Concerte Walls**<br>430 Concrete Avenue<br>Leola, PA 17540 | **John Groffdale**<br>**(717) 656-2016** | | 40,123.53 |
| **Earthcore Services**<br>1458 Shaner Drive<br>Pottstown, PA 19465 | **Rick Ketchell**<br>**(610) 326-4826** | | 39,822.70 |
| **Brian L. Carpenter**<br>405 Main Street<br>Green Lane, PA 18054 | | | 37,029.96 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 17, 2011**          Signature: **/s/ Gary M. Carpenter**

**Gary M. Carpenter, President**

(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                                Case No. **11-**_____

**Drum Construction Company, Inc.**                      Chapter **11**_____

                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Carpenter Brothers, Inc.**<br>**PO Box 130**<br>**Telford, PA  18969** | **100** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                          Case No. **11-** _____

**Drum Construction Company, Inc.**                            Chapter **11** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $            0.00 | | |
| B - Personal Property | Yes | 6 | $    7,980,359.40 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $    3,343,987.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $       65,480.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $    5,583,120.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 42 | $    7,980,359.40 | $    8,992,588.43 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** Drum Construction Company, Inc.                                  Case No. **11-**

                                   Debtor(s)                                (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | TOTAL 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

**IN RE** <u>Drum Construction Company, Inc.</u>                    **Case No. 11-**

Debtor(s)                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | **635.01** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Univest** | | **177.26** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Drum Construction Company, Inc.     Case No. **11-**

       Debtor(s)                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **17 customers from 42 projects/jobs** | | **5,332,320.13** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1975 Asphalt Distributor - T-115** | | **15,000.00** |
| | | **1980 Mack Lube Truck - T-67** | | **5,000.00** |
| | | **1983 Cox Trailer - T-98** | | **2,000.00** |
| | | **1987 International Box Truck - T-118** | | **4,000.00** |
| | | **1988 - Ford F-600 Stake Body - T-51** | | **5,000.00** |
| | | **1989 Centreville Tag-along Trailer - T-88** | | **4,000.00** |
| | | **1993 Freightliner Fuel Truck - T-93** | | **12,000.00** |
| | | **1994 Ford F350 Stake Body - T-84** | | **7,000.00** |
| | | **1995 Rogers Trailer - T-70** | | **15,000.00** |
| | | **1996 Ford LTL900 Tractor - T-72** | | **15,000.00** |
| | | **1997 Ford F350 - T-75** | | **5,000.00** |
| | | **1999 Ford F150 - T-82** | | **6,000.00** |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** **Drum Construction Company, Inc.**                                    Case No. **11-**

<u>                              </u>
Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1999 Ford F250 - T-79 | | 8,000.00 |
| | | 1999 Ford F250 Utility Body - T-80 | | 1,000.00 |
| | | 2000 Ford Focus - A-05 | | 1,500.00 |
| | | 2000 Ford Ranger - T-86 | | 5,000.00 |
| | | 2000 Ford Ranger - T-87 | | 5,000.00 |
| | | 2002 Ford F150 - T-90 | | 5,000.00 |
| | | 2002 Ford F650 Service Truck - T119 | | 40,000.00 |
| | | 2003 Ford F250 - T-95 | | 6,000.00 |
| | | 2003 Ford F250 - T-96 | | 6,000.00 |
| | | 2003 Ford F550XL Mechanic's Truck - T-97 | | 35,000.00 |
| | | 2003 Ford Taurus - A-02 | | 2,500.00 |
| | | 2005 Ford F150 - T-107 | | 8,000.00 |
| | | 2005 Ford F250 SD - A-106 | | 12,000.00 |
| | | 2005 Ford F350 Utility Body - A109 | | 12,000.00 |
| | | 2005 Ford Ranger - T-108 | | 8,000.00 |
| | | 2006 Ford F150 - T-111 | | 9,000.00 |
| | | 2006 Ford F350 Small Dump Truck - T-114 | | 15,000.00 |
| | | 2006 Ford Ranger - T-112 | | 8,000.00 |
| | | 2007 Ford Edge - A-07 | | 15,000.00 |
| | | 2007 Ford F150 - T-121 | | 10,000.00 |
| | | 2007 Ford F150 - T120 | | 12,000.00 |
| | | 2007 Mack CL733 Tractor - T-110 | | 60,000.00 |
| | | 2008 Ford Escape - T-123 | | 15,000.00 |
| | | 2008 Ford F250 Utility Body - T-116 | | 20,000.00 |
| | | 2008 Ford Focus - A-06 | | 10,000.00 |
| | | 2008 Ford Taurus - A-05 | | 12,000.00 |
| | | General Tag-along Trailer - T-54 | | 1,000.00 |
| | | Pin Trailer - T-49 | | 500.00 |
| | | Talbert Lowboy Trailer - T-122 | | 45,000.00 |
| | | Trailer (skidsteer) - T-117 | | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | office equipment and furnishings | | 10,750.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Air compressor (U-23) | | 1,000.00 |
| | | Asphalt Curb Machine (U-27) | | 500.00 |
| | | Bomag BW-120 Asphalt Roller - E-47 | | 20,000.00 |
| | | Bomag BW138 Asphalt Roller - E-32 | | 35,000.00 |
| | | Bomag BW213D3 Dirt Roller - E-35 | | 20,000.00 |
| | | Buckets - U-25 | | 5,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                          Case No. **11-**
_____
Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Case 1845C Skidsteer - E-98 | | 5,000.00 |
| | | Case 580LCS2 Pitman Backhoe - E-46 | | 20,000.00 |
| | | Case 60 Trencher - U-35 | | 1,500.00 |
| | | Case 95XT Skidsteer - E-69 | | 5,000.00 |
| | | Caterpillar - D8H Dozer - E-01 | | 15,000.00 |
| | | Caterpillar CB214C Asphalt Roller - E-22 | | 5,000.00 |
| | | CEC CEC5X12 Screen Plant - E-42 | | 70,000.00 |
| | | Cedar Rapids CR362 Paver - E-54 | | 125,000.00 |
| | | Chain saws - U-02 | | 250.00 |
| | | cut-off saws - U-03 | | 500.00 |
| | | Dynapac 2100 Asphalt Roller - E-78 | | 1,000.00 |
| | | Easy Hyroseeder - E-95 | | 5,000.00 |
| | | Gehl 56e5DX Skidsteer - E-90 | | 5,000.00 |
| | | GPS system with software | | 15,000.00 |
| | | Gradall G3W Rubber Tire Excavator - E-07 | | 5,000.00 |
| | | Hydraulic speed shoring with jack - U-17 | | 800.00 |
| | | Hypac C766B Asphalt Roller  - E-03 | | 1,000.00 |
| | | Hyster C766A Asphalt Roller - E-91 | | 5,000.00 |
| | | IR SP488DD Dirt Roller - E-41 | | 10,000.00 |
| | | Job trailers - U-31 | | 5,000.00 |
| | | John Deere 310S Pitman Backhoe - E-13 | | 40,000.00 |
| | | John Deere 45G Dozer - E-20 | | 25,000.00 |
| | | John Deere 655 Track Loader - E-86 | | 55,000.00 |
| | | Keiser KM4-40 Infrared Heater - E-12 | | 1,500.00 |
| | | Komatsu - PC35MR-2 MiniExcavator - E-100 | | 16,000.00 |
| | | Komatsu D155AX3 Dozer - E-58 | | 55,000.00 |
| | | Komatsu D32P Dozer - E-34 | | 15,000.00 |
| | | Komatsu D37EX21 Dozer - E14 | | 30,000.00 |
| | | Komatsu D37PX-21 Dozer - E-09 | | 35,000.00 |
| | | Komatsu D39EX21 Dozer - E-36 | | 20,000.00 |
| | | Komatsu D39P1A Dozer - E-26 | | 35,000.00 |
| | | Komatsu D58P Dozer - E-92 | | 20,000.00 |
| | | Komatsu D61EX15  Dozer - E-96 | | 110,000.00 |
| | | Komatsu D65EX15 Dozer - E-93 | | 100,000.00 |
| | | Komatsu D66S1 Track Loader - E-38 | | 20,000.00 |
| | | Komatsu D66S1 Track Loader - E-56 | | 20,000.00 |
| | | Komatsu D66S1 Track Loader - E-88 | | 20,000.00 |
| | | Komatsu D66S1 Track Loader - E15 | | 20,000.00 |
| | | Komatsu D66S1 Track Loader - E67 | | 20,000.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**

Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Komatsu D68E Dozer - E-97 | | 20,000.00 |
| | | Komatsu HM350 Haul Truck - E-84 | | 100,000.00 |
| | | Komatsu HM3500 Haul Truck - E-85 | | 100,000.00 |
| | | Komatsu PC150 Excavator - E-27 | | 15,000.00 |
| | | Komatsu PC160LC-7 Excavator - E-62 | | 75,000.00 |
| | | Komatsu PC228USLC3 Excavator - E-73 | | 85,000.00 |
| | | Komatsu PC300LC-6 Excavator - E65 | | 70,000.00 |
| | | Komatsu PC400LC-7 Escavator - E-04 | | 125,000.00 |
| | | Komatsu WA2503MC Rubber Tire Loader -E-21 | | 25,000.00 |
| | | Komatsu WA250L-3 Rubber Tire Loader - E-48 | | 25,000.00 |
| | | Komatsu WB140 Pitman Backhoe - E-64 | | 30,000.00 |
| | | Komatsu WB1402N Pitman Backhoe - E-28 | | 20,000.00 |
| | | Kypac C850B Dirt Roller - E23 | | 8,000.00 |
| | | Lasers/transits - U-08 | | 5,000.00 |
| | | Lay-Mor Ride on Broom - E-11 | | 8,000.00 |
| | | Leeboy 1000D Box paver - E-79 | | 10,000.00 |
| | | Leeboy 1200S shoulder machine - E-31 | | 10,000.00 |
| | | Morbark Chipper - U-10 | | 2,500.00 |
| | | Moxy MT36 35 ton Haul Truck - E-71 | | 20,000.00 |
| | | Portable Fuel Tank - U-20 | | 100.00 |
| | | Power 5700B Curb Machine - E-63 | | 35,000.00 |
| | | Power Screed (concrete) - U-19 | | 800.00 |
| | | pumps - U-04 | | 1,000.00 |
| | | Rammas RW1401 Trench Roller - E-61 | | 5,000.00 |
| | | Rammax P33/24HPTR Trench Roller - E-57 | | 3,500.00 |
| | | Rammax RW1404 Trench Roller - E-66 | | 5,000.00 |
| | | Rammax TW1404 Trench Roller - E-49 | | 5,000.00 |
| | | Rex HDS Soil Stabilizer - E-77 | | 5,000.00 |
| | | Rock hound, milling machines, skidsteer attachments - U-28 | | 5,000.00 |
| | | Salt/seed spreaders | | 50.00 |
| | | Stanley Breaker MB50EX - U-36 | | 1,500.00 |
| | | Stanley Compactor - E-11 | | 750.00 |
| | | Steam Cleaner/Pressure Washer - E-14 | | 200.00 |
| | | Stonebox - U-22 | | 1,500.00 |
| | | Street Print Broom (Rapid Finisher) - U-24 | | 5,000.00 |
| | | Suction and discharge hoses - U-30 | | 500.00 |
| | | Tampers, wackers, jumping jacks - U-03 | | 2,500.00 |
| | | Tapping Machine - U-18 | | 500.00 |
| | | Tar por-tar Kettle - U-06 | | 2,000.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                   Case No. **11-**
_____                    _____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Teledyne Hammer TB725X - U-32 | | 2,500.00 |
| | | Teledyne Hammer TM425CM - U-33 | | 2,500.00 |
| | | Test Equipment - U-15 | | 1,000.00 |
| | | TGMI Tailgate Mulcher - U-34 | | 1,500.00 |
| | | Trench Boxes, manhole boxes, aluminum trench box - U-29 | | 1,000.00 |
| | | Volvo EC240L/C Excavator - E-51 | | 75,000.00 |
| | | Volvo G80 Grader - E-68 | | 35,000.00 |
| | | Wacker RT560 Trench Roller - E-39 | | 5,000.00 |
| | | Wacker RT820 Trench Roller - E16 | | 12,000.00 |
| | | Wacker RT82SC Trench Roller - E-17 | | 12,000.00 |
| | | Water Wagon, water tanks, arrow board - U-16 | | 1,000.00 |
| | | Welders - U-21 | | 1,500.00 |
| 30. Inventory. | | construction supplies, parts, etc (small tools, parts, piping, storm sewer, steel plates, topsoil) | | 128,527.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**TOTAL**   **7,980,359.40**

____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

**IN RE** Drum Construction Company, Inc.
_____
Debtor(s)

Case No. **11-**
_____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE __Drum Construction Company, Inc.__                                      Case No. __11-__
            Debtor(s)                                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Allstate Bonding**<br>**331 N. Broad Street**<br>**Lansdale, PA  19446** | | | **construction bonding**<br><br><br>VALUE $ | | | | **4,258.00** | **4,258.00** |
| ACCOUNT NO. **3000**<br><br>**Balboa Capital**<br>**2010 Main Street, 11th Floor**<br>**Irvine, CA  92614** | | | **equipment lease**<br><br><br>VALUE $ **10,000.00** | | | X | **5,408.52** | |
| ACCOUNT NO. **6766**<br><br>**Chesapeak Industrial**<br>**PO Box 28365**<br>**Baltimore, MD  21234-8365** | | | **equipment purchases**<br><br><br>VALUE $ **125,000.00** | | | X | **121,306.84** | |
| ACCOUNT NO.<br><br>**Colonial Surety Company**<br>**50 Chestnut Ridge Road**<br>**Montvale, NJ  07647** | | | **construction bonding**<br><br><br>VALUE $ | | | X | **31,155.74** | **31,155.74** |

  __3__ continuation sheets attached

| | Subtotal<br>(Total of this page) | $ **162,129.10** | $ **35,413.74** |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                              _____
Debtor(s)                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8209**<br><br>**Enterprise Fleet Mgmt**<br>**170 North Radnor Chester Road**<br>**Radnor, PA  19087** | | | equipment purchase<br><br><br>VALUE $ **15,000.00** | | | | 2,514.10 | |
| ACCOUNT NO. **ious**<br><br>**Ford Credit**<br>**P.O. Box 542000**<br>**Omaha, NE  68154-8000** | | | equipment/vehicle purchases<br><br><br>VALUE $ **74,000.00** | | | | 43,276.46 | |
| ACCOUNT NO. **0233**<br><br>**Four S Leasing**<br>**602 Main Street**<br>**Red Hill, PA  18076** | | | equipment purchases<br><br><br>VALUE $ **20,000.00** | | | X | 9,091.28 | |
| ACCOUNT NO. **5001**<br><br>**GE Capital**<br>**PO Box 802585**<br>**Chicago, IL  60680-2585** | | | equipment purchases<br><br><br>VALUE $ **125,000.00** | | | X | 93,123.47 | |
| ACCOUNT NO. **9873**<br><br>**Irwin Commercial Lease**<br>**500 Washington Street, 10th Floor**<br>**South Norwalk, CT  06854** | | | equipment purchases<br><br><br>VALUE $ **15,000.00** | | | X | 17,373.69 | 2,373.69 |
| ACCOUNT NO. **ious**<br><br>**John Deere Credit**<br>**PO Box 4450**<br>**Carol Stream, IL  60197-6434** | | | equipment purchase<br><br><br>VALUE $ **155,000.00** | | | | 159,431.00 | 4,431.00 |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)   $ **324,810.00**   $ **6,804.69**

Total<br>(Use only on last page)   $ _____   $ _____

(Report also on<br>Summary of<br>Schedules.)

(If applicable, report<br>also on Statistical<br>Summary of Certain<br>Liabilities and Related<br>Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                    Case No. **11-**
_____
Debtor(s)                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0770** <br><br>**Komatsu Financial** <br>**PO Box 99303** <br>**Chicago, IL 60693-9303** | | | equipment purchases <br><br><br> VALUE $ **586,000.00** | | | | 694,515.74 | 108,515.74 |
| ACCOUNT NO. **9001** <br><br>**Leaf Financial** <br>**PO Box 644006** <br>**Cincinnati, OH 45264-4006** | | | equipment purchases <br><br><br> VALUE $ **45,000.00** | | | X | 35,948.39 | |
| ACCOUNT NO. **6004** <br><br>**Mack Financial** <br>**PO Box 26131** <br>**Greensboro, NC 27402-6131** | | | equipment purchase <br><br><br> VALUE $ **60,000.00** | | | X | 24,865.10 | |
| ACCOUNT NO. **8000** <br><br>**Manifest Funding Service** <br>**1450 Channel Parkway** <br>**Marshall, MN 56268** | | | equipment purchase <br><br><br> VALUE $ **20,000.00** | | | X | 10,905.75 | |
| ACCOUNT NO. **4972** <br><br>**Marlin Lease** <br>**300 Fellowship Road** <br>**Mount Laurel, NJ 08054** | | | equipment purchase <br><br><br> VALUE $ **30,000.00** | | | X | 7,422.83 | |
| ACCOUNT NO. **1649** <br><br>**Pawnee Financial** <br>**700 Centre Avenue** <br>**Fort Collins, CO 80526** | | | equipment purchase <br><br><br> VALUE $ **24,000.00** | | | X | 12,465.75 | |

Sheet no. ___**2**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     $ **786,123.56**     $ **108,515.74**

Total
(Use only on last page)     $ _____     $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                         _____
                          Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **49MT** <br><br> **Univest National Bank** <br> **PO Box 64197** <br> **Souderton, PA  18964** | | | **lines of credit** <br><br><br> VALUE $ **7,980,359.40** | | | | **2,070,924.70** | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

Sheet no. _____**3**____ of _____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     $ **2,070,924.70**   $

Total
(Use only on last page)     $ **3,343,987.36**   $ **150,734.17**

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                    _____
Debtor(s)                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **4** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE __Drum Construction Company, Inc._____     Case No. **11-**_____
                             Debtor(s)                                             (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Brian L. Carpenter**<br>**405 Main Street**<br>**Green Lane, PA  18054** | | | payroll | | | | **8,572.00** | **8,572.00** | |
| ACCOUNT NO.<br><br>**Gary M. Carpenter**<br>**112 Fariview Circle**<br>**Barto, PA  19504** | | | payroll | | | | **8,572.00** | **8,572.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **17,144.00** | $ **17,144.00** | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                        Case No. **11-**
_____                        _____
                    Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8598** <br><br> **Pension And Financial Services, Inc.** <br> **850 Casset Road, 100 Berwyn Park Ste 225** <br> **Berwyn, PA  19312** | | | **trade account - payroll - 6/2011 - 401k payroll w/h and match** | | | | **5,026.02** | **1,326.02** | **3,700.00** |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **5,026.02** | $ **1,326.02** | $ **3,700.00** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0636** <br><br> **Pennsylvania SCDU** <br> **PO Box 69112** <br> **Harrisburg, PA  17106-9112** | | | **support attachment for employees** | | | | **134.90** | **134.90** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **134.90** | $ **134.90** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**        Case No. **11-**
         Debtor(s)                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9615** <br> **City Of Reading** <br> **815 Washington Street** <br> **Reading, PA 19601** | | | **business privilege tax 3/2010-1/2011** | | | | 4,405.76 | 4,405.76 | |
| ACCOUNT NO. **5773** <br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | | | **payroll taxes 5/26-6/22/2011 - 18,638** <br> **3rd quarter 2010 taxes 9630 (disputed)** | | | X | 28,268.55 | 28,268.55 | |
| ACCOUNT NO. **1837** <br> **PA Department Of Labor & Industry** <br> **PO Box 68568** <br> **Harrisburg, PA 17106-8565** | | | **1st quarter 2011 - unemployment compensation** | | | | 10,000.00 | 10,000.00 | |
| ACCOUNT NO. **6485** <br> **PA Department Of Revenue** <br> **PO Box 68568** <br> **Harrisburg, PA 17106-8565** | | | **payroll taxes 1st quarter 2011** | | | | 501.24 | 501.24 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **43,175.55**   $ **43,175.55**   $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **65,480.47**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **61,780.47**   $ **3,700.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ABW Trucking, Inc.**<br>**1115 Old Skippack Pike**<br>**Salfordville, PA  18958** | | | trade account - 8/2008-5/2009 | | | X | 4,070.00 |
| ACCOUNT NO.<br><br>**AFNI Subrogation Unit**<br>**PO Box 3068**<br>**Bloomington, IL  61702** | | | trade account - 5/2009 | | | | 1,227.51 |
| ACCOUNT NO.<br><br>**Agtek**<br>**368 Earhart Way**<br>**Livermore, CA  94550** | | | trade account - 12/2010 - 01/2011 | | | | 874.50 |
| ACCOUNT NO.<br><br>**Airgas East**<br>**PO Box 827049**<br>**Philadelphia, PA  19182** | | | trade account 01/2009 - 11/2009 | | | | 1,898.80 |

|  | Subtotal (Total of this page) | $ 8,070.81 |
|---|---|---|

___**22**___ continuation sheets attached

|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alderfer Glass Company**<br>**144 Telford Pike**<br>**Telford, PA  18969** | | | trade account - 2/2009-4/2009 | | | | 599.51 |
| ACCOUNT NO.<br>**Aramark Uniform Services**<br>**PO Box 15166**<br>**Reading, PA  19612** | | | trade account - 10/2009-12/2009 | | | | 3,330.31 |
| ACCOUNT NO.<br>**Ardmore Tire Inc.**<br>**620 Colwell Lane**<br>**Conshohocken, PA  19428** | | | 10/2009-12/2009 | | | | 8,447.85 |
| ACCOUNT NO.<br>**Associated Fasteners**<br>**6854 Chrisphalt Drive**<br>**Bath, PA  18014** | | | trade account - 7/2009-10/2009 | | | | 505.12 |
| ACCOUNT NO.<br>**Assurant Employee Benefit**<br>**PO Box 806644I-1**<br>**Kansas City, MO  64180-6644** | | | payroll account - 06/2011 | | | | 1,092.11 |
| ACCOUNT NO.<br>**ATS Environmental**<br>**286 Houses Corner Road**<br>**Sparta, NJ  07871** | | | trade account - 4/2011 | | | | 830.10 |
| ACCOUNT NO.<br>**Bechtelsville Asphalt**<br>**PO Box 196**<br>**Skippack, PA  19474** | | | trade debt | | | | 33,780.07 |

Sheet no. ___**1**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ | **48,585.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Drum Construction Company, Inc. _____    Case No. 11-

_____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bergey's Electric, Inc.**<br>**2880 Penn Avenue**<br>**Hatfield, PA 19440** | | | trade account - 1/2009 | | | | 634.87 |
| ACCOUNT NO.<br>**Bergey's Inc.**<br>**462 Harleysville Pike**<br>**Souderton, PA 18964** | | | trade account - 10/2008-11/2008 | | | | 23,254.65 |
| ACCOUNT NO.<br>**Bishop Wood Products**<br>**PO Box 156**<br>**Franconia, PA 18924** | | | trade account - 05/2010-12/2010 | | | | 3,191.39 |
| ACCOUNT NO.<br>**Bluegrass Technology, Inc.**<br>**1819 S. Broad Street**<br>**Philadelphia, PA 19148** | | | trade account - 01/2009-3/2010 | | | | 1,868.02 |
| ACCOUNT NO.<br>**Brian L. Carpenter**<br>**405 Main Street**<br>**Green Lane, PA 18054** | | | loans to company | | | | 37,029.96 |
| ACCOUNT NO.<br>**Broadview Networks**<br>**PO Box 1191**<br>**Port Chester, NY 10573** | | | trade account - 6/2011 | | | | 959.34 |
| ACCOUNT NO.<br>**Bug Eye Contractors, Inc.**<br>**28 Schoolhouse Road**<br>**Sellersville, PA 18960** | | | trade account - 7/2010 | | | | 300.00 |

Sheet no. __2__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 67,238.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**     Case No. **11-**

       Debtor(s)              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Captain Clog**<br>**2712A Old Pricetown Road**<br>**Temple, PA  19560** | | | trade account - 4/2009 | | | | 750.00 |
| ACCOUNT NO.<br>**Carpenter Brothers, Inc.**<br>**PO Box 130**<br>**Telford, PA  18969** | | | truck rental/management fees | | | | 148,634.00 |
| ACCOUNT NO.<br>**Carpenter Brothers, Inc.**<br>**PO Box 130**<br>**Telford, PA  18969** | | | Loans to company - 2007-2011 | | | | 1,470,190.96 |
| ACCOUNT NO.<br>**Carrol Engineering**<br>**949 Easton Road, Suite 100**<br>**Warrington, PA  18976** | | | trade debt | | | | 45,997.50 |
| ACCOUNT NO.<br>**Caufield & James, LLP**<br>**633 West Fifth Street, Suite 320**<br>**Los Angeles, CA  90071** | | | trade account - legal fees - 11/2010-3/2011 | | | X | 14,509.67 |
| ACCOUNT NO.<br>**Cavan Construction**<br>**274 Bodley Road**<br>**Aston, PA  19014** | | | trade debt | | | | 102,387.00 |
| ACCOUNT NO.<br>**Central Clay Products**<br>**101 Scott Street**<br>**Wilkes-Barre, PA  18702** | | | trade account - 9/2010 | | | | 1,331.89 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **3** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,783,801.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                                            Case No. **11-**
_____                        _____
                        Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chesco Coring & Cutting, Inc.**<br>**2047 Charlestown Road**<br>**Malvern, PA  19355** | | | trade account - 12/2010 | | | | **2,400.00** |
| ACCOUNT NO.<br>**Christel Car Care, Inc.**<br>**801 Route 100**<br>**Bechtelsville, PA  19505** | | | trade account - 11/2010-1/2011 | | | | **171.72** |
| ACCOUNT NO.<br>**Cianci & Roberts**<br>**519 Walnut Street**<br>**Reading, PA  19601** | | | trade account - legal fees - 6/2011 | | | | **500.00** |
| ACCOUNT NO.<br>**Clark Industrial Supply**<br>**301 West High Street**<br>**Pottstown, PA  19464** | | | trade account - 9/2009 | | | | **286.91** |
| ACCOUNT NO.<br>**Cliff Thoms Tri State**<br>**PO Box 69**<br>**Pocopson, PA  19366** | | | trade account - 12/2009 | | | | **8,080.00** |
| ACCOUNT NO.<br>**Colliflower, Inc.**<br>**9320 Pulaski Highway**<br>**Baltimore, MD  21220-2418** | | | trade account - 10/2009 | | | | **432.44** |
| ACCOUNT NO.<br>**Colonial Life**<br>**PO Box 903**<br>**Columbia, SC  29202-0903** | | | payroll account - 06/2011 | | | | **80.82** |

Sheet no. ___**4**___ of ___**22**___ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)    $  **11,951.89**

                                                                                                            Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                          _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5837**<br><br>**Commonwealth Of Pennsylvania**<br>**14th Floor Strawberry Square**<br>**Harrisburg, PA 17120** | | | workers compensation | | | | **10,251.00** |
| ACCOUNT NO.<br><br>**Commonwealth Of Pennsylvania**<br>**Magisterial District 15-2-07**<br>**PO Box 501**<br>**Lionville, PA 19353-0501** | | | fine | | | | **460.50** |
| ACCOUNT NO.<br><br>**Commonwealth Precast**<br>**694 Forman Road**<br>**Souderton, PA 18964** | | | trade account - 10/2008-5/2011 | | | | **11,131.24** |
| ACCOUNT NO.<br><br>**Construction Data Company**<br>**2001 9th Avenue, Suite 209**<br>**Vero Beach, CA 32976** | | | trade account - 8/2010 | | | | **1,217.53** |
| ACCOUNT NO.<br><br>**Coopersburg Kenworth**<br>**1930 Routeh 309**<br>**Coopersburg, PA 18036** | | | trade account - 5/2009-10/2009 | | | | **1,861.40** |
| ACCOUNT NO.<br><br>**Coopersburg Materials**<br>**PO Box 161**<br>**Warminster, PA 18974** | | | trade debt - 4/2010 | | | | **9,088.43** |
| ACCOUNT NO.<br><br>**Cotterino Supply & Equipment**<br>**330 Trewigtown Road**<br>**Colmar, PA 18915** | | | trade account - 3/2009-6/2010 | | | | **2,384.40** |

Sheet no. **5** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **36,394.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                      Case No. **11-**
_____                           _____
                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Creamery Tire**<br>**4123 Creamery Road**<br>**Creamery, PA  19430** | | | trade account - 4/2009-7/2009 | | | | **2,558.00** |
| ACCOUNT NO.<br>**Daniel L. Beardsley, Ltd**<br>**165 Penn Avenue**<br>**Hatfield, PA  19440** | | | trade account - 1/2009-4/2009 | | | | **648.83** |
| ACCOUNT NO.<br>**Debbie's Cleaning Service**<br>**PO Box 432**<br>**Telford, PA  18969** | | | trade account - 1/2010-4/2010 | | | | **1,323.94** |
| ACCOUNT NO.<br>**Del-Val International Trucking**<br>**1034 Bethlehem Pike**<br>**Montgomeryville, PA  18936** | | | 1/2008-12/2008 | | | | **892.58** |
| ACCOUNT NO.<br>**Delaware Valley Concrete**<br>**PO Box 457**<br>**Hatboro, PA  19040** | | | trade account - 5/2011 | | | | **4,033.30** |
| ACCOUNT NO.<br>**Diesel Service, Inc.**<br>**PO Box 14325**<br>**Reading, PA  19612** | | | trade debt | | | | **25,841.27** |
| ACCOUNT NO.<br>**Eagle Power And Equipment**<br>**953 Bethlehem Pike**<br>**Montgomeryville,, PA  18936** | | | trade account - 3/2010-4/2010 | | | | **719.48** |

Sheet no. ___**6**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **36,017.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Drum Construction Company, Inc.      Case No. **11-**

        Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Earth Engineering, Inc.**<br>**115 West Germantown Pike**<br>**East Norriton, PA 19401** | | | trade account - 8/2010-3/2011 | | | | 3,825.00 |
| ACCOUNT NO.<br>**Earthcore Services**<br>**1458 Shaner Drive**<br>**Pottstown, PA 19465** | | | trade debt | | | | 39,822.70 |
| ACCOUNT NO.<br>**East Penn Manufacturing Co.**<br>**PO Box 147**<br>**Lyon Station, PA 19536** | | | trade account - 8/2010 | | | | 4,931.13 |
| ACCOUNT NO.<br>**Eastern Industries**<br>**4401 Camp Meeting Road, Ste 200**<br>**Center Valley, PA 18034** | | | trade debt | | | X | 109,623.30 |
| ACCOUNT NO.<br>**Ecynbro Trucking**<br>**PO Box 64418**<br>**Souderton, PA 18964** | | | trade account - 3/1/2010 | | | | 225.00 |
| ACCOUNT NO.<br>**Eli Transport, Inc.**<br>**4401 Camp Meeting Road, Suite 200**<br>**Center Valley, PA 18034** | | | trade account - 8/2008-9/2008 | | | | 11,706.95 |
| ACCOUNT NO.<br>**Elliott & Frantz, Inc.**<br>**450 E. Church Street**<br>**King Of Prussia, PA 19406** | | | trade account - 7/2008-11/2008 | | | | 5,660.09 |

Sheet no. **7** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **175,794.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                      Case No. **11-**
_____                                _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Elliott Greenleaf**<br>**PO Box 3010**<br>**Blue Bell, PA  19422** | | | legal fees | | | X | 20,687.96 |
| ACCOUNT NO.<br>**Environmental Geosynthetic**<br>**PO Box 221**<br>**Telford, PA  18969** | | | trade account - 1/2010-4/2010 | | | | 3,023.55 |
| ACCOUNT NO.<br>**EP Henry**<br>**PO Box 615**<br>**Woodbury, NJ  18096** | | | trade account - 1/2010-3/2010 | | | | 2,649.19 |
| ACCOUNT NO.<br>**Exeter Supply**<br>**117 Prospect Street**<br>**Reading, PA  19605** | | | trade debt - 7/10-5/11 | | | | 21,327.95 |
| ACCOUNT NO.<br>**Farm And Home Oil Company**<br>**3115 STate Road**<br>**Telford, PA  18969** | | | trade account - 5/2011 - 6/2011 | | | | 7,466.09 |
| ACCOUNT NO.<br>**Fastenal Ind. And Const.**<br>**4200 Old Bethlehem Pike**<br>**Telford, PA  18969** | | | trade account - 1/2010-5/2010 | | | | 216.40 |
| ACCOUNT NO.<br>**Ferguson Enterprises, Inc.**<br>**PO Box 827066**<br>**Philadelphia, PA  19182** | | | trade account 3/2010-6/2010 | | | | 8,834.55 |

Sheet no. **8** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **64,205.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                    Case No. **11-**
_____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**First Insurance Funding, Inc.**<br>**450 Skokie Boulevard, Suite 1000**<br>**Northbrook, IL  60062,** | | | **insurance financing - annual insurance premium** | | | | 142,444.08 |
| ACCOUNT NO.<br><br>**Fleet Services**<br>**PO Box 6293**<br>**Carol Stream, IL  60197** | | | **trade account - 5/2011-6/2011** | | | | 14,637.39 |
| ACCOUNT NO.<br><br>**Florig Equipment Of Philadelphia**<br>**904 Ridge Pike**<br>**Conshohocken, PA  19428** | | | **trade account - 11/2010** | | | | 301.10 |
| ACCOUNT NO.<br><br>**Fox Rothschild, LLP**<br>**2000 Market Street, 10th Floor**<br>**Philadelphia, PA  19148** | | | **trade account - legal services - 8/2010-5/2011** | | | X | 9,161.00 |
| ACCOUNT NO.<br><br>**Frost Valley Farm**<br>**RR2, Box 2692**<br>**Nicholson, PA  18446** | | | **trade account - 9/2010** | | | | 8,347.50 |
| ACCOUNT NO.<br><br>**GA Peak**<br>**2850 Clymer Avenue**<br>**Telford, PA  18969** | | | **trade account - 6/2011** | | | | 7,500.00 |
| ACCOUNT NO.<br><br>**Gary M. Carpenter**<br>**112 Fariview Circle**<br>**Barto, PA  19504** | | | **loans to company** | | | | 265,251.67 |

Sheet no. ____**9**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **447,642.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**       Case No. **11-**

         Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**General Sewer Service, Inc.**<br>**1408 Calcon Hook Road**<br>**Sharon Hill, PA  19079** | | | trade account - 12/2008-2/2009 | | | | 3,442.72 |
| ACCOUNT NO.<br><br>**George's Tool Rental, Inc.**<br>**Route 309**<br>**Hatfield, PA  19440** | | | trade account - 9/2008 | | | | 1,375.02 |
| ACCOUNT NO.<br><br>**Geroni Trucking**<br>**111 Kitztown Road**<br>**Temple, PA  19560** | | | trade debt | | | X | 30,730.25 |
| ACCOUNT NO.<br><br>**Gilbarco, Inc.**<br>**12249 Collections Center**<br>**Chicago, IL  60693** | | | trade account - 05/2011-06/2011 | | | | 68.00 |
| ACCOUNT NO.<br><br>**Giles & Ransome, Inc.**<br>**PO Box 828735**<br>**Philadelphia, PA  19148** | | | trade account - 8/2009-10/2009 | | | | 3,506.56 |
| ACCOUNT NO.<br><br>**Gilmore & Associates, Inc.**<br>**65 East Butler Avenue, Suite 1**<br>**New Britain, PA  18901** | | | trade account - 10/2009 | | | | 1,433.49 |
| ACCOUNT NO.<br><br>**Grainger**<br>**18 Applegate Drive North**<br>**Robbinsville, NJ  08691** | | | trade account - 10/2010-11/2010 | | | | 324.93 |

Sheet no. ___**10**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **40,880.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                   Case No. **11-**
_____                          _____
                        Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Greenpro Materials**<br>**PO Box 265**<br>**Bound Brook, NJ  08805** | | | trade account - 6/2010 | | | | 2,810.12 |
| ACCOUNT NO.<br>**Greenstart, Inc.**<br>**145 Swamp Creek Road**<br>**Gilbertsville, PA  19525** | | | trade debt | | | | 22,494.46 |
| ACCOUNT NO.<br>**Groffdale Concerte Walls**<br>**430 Concrete Avenue**<br>**Leola, PA  17540** | | | trade debt | | | | 40,123.53 |
| ACCOUNT NO.<br>**H&K Materials**<br>**PO Box 196**<br>**Skippack, PA  19474** | | | trade debt - 04/2010 | | | | 31,733.04 |
| ACCOUNT NO.<br>**Hard Dollar Corporation**<br>**9977 N. 90th Street, Suite 200**<br>**Scottsdale, AZ  85258** | | | trade account 1/2010 | | | | 1,322.72 |
| ACCOUNT NO.<br>**Harleysville Materials, LLC**<br>**PO Box 587**<br>**Berlin, NJ  08009** | | | trade account 3/2011-5/2011 | | | | 21,430.91 |
| ACCOUNT NO.<br>**HD Supply Waterworks, Ltd**<br>**400 S. Graves Road**<br>**Plymouth Meeting, PA  18964** | | | trade debt 05/2008-10/2008 | | | | 73,411.94 |

Sheet no. ____**11**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **193,326.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.** _____ Case No. **11-** _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hughes Enterprises**<br>**721 Murray Street**<br>**Throop, PA  18512** | | | trade account - 10/2010 | | | | 2,205.00 |
| ACCOUNT NO.<br><br>**JP Mascaro & Sons**<br>**PO Box 7250**<br>**Audobon, PA  19407** | | | trade account - 4/2011-6/2011 | | | | 412.50 |
| ACCOUNT NO.<br><br>**Kenco Hydraulics, Inc.**<br>**63 East Broad Street**<br>**Hatfield, PA  19440** | | | trade account - 6/2009-8/2009 | | | X | 7,501.34 |
| ACCOUNT NO.<br><br>**Keystone Health Plan**<br>**PO Box 70250**<br>**Philadelphia, PA  19176** | | | payroll account - 6/2011 | | | | 42,031.18 |
| ACCOUNT NO.<br><br>**Landis Block Company, Inc.**<br>**PO Box 64418**<br>**Souderton, PA  18964** | | | trade account - 11/2009-6/2011 | | | | 3,677.35 |
| ACCOUNT NO.<br><br>**Landis Mechanical Group, Inc.**<br>**2668 Leiscz's Bridge Road**<br>**Leesport, PA  19533** | | | trade account - 8/2010 | | | | 8,735.10 |
| ACCOUNT NO.<br><br>**Lane Enterprises, Inc.**<br>**3905 Hartzdale Drive, Suite 514**<br>**Camp Hill, PA  17011** | | | trade account - 9/2008 | | | | 4,559.25 |

Sheet no. **12** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **69,121.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                    _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Latshaw Brothers Concrete**<br>**181 Denver Road**<br>**Denver, PA  17517** | | | trade account - 11/2009-1/2010 | | | | 4,395.14 |
| ACCOUNT NO.<br>**LCF Construction, Inc.**<br>**PO Box 310**<br>**Hatfield, PA  19440** | | | trade account - 11/2010 | | | | 301.50 |
| ACCOUNT NO.<br>**Lincoln Pavement Services**<br>**51 Chestnut Hill Road**<br>**Stevens, PA  17578** | | | trade debt | | | X | 44,131.50 |
| ACCOUNT NO.<br>**Link-Belt Midlantic**<br>**PO Box 6518**<br>**Ashland, PA  23005** | | | trade account - 4/2009-6/2009 | | | | 1,608.93 |
| ACCOUNT NO.<br>**Loomis Insurance Agency Corp.**<br>**850 Spring Street, PO Box 7011**<br>**Wyomissing, PA  19610-7011** | | | insurance broker downpayment | | | | 23,030.20 |
| ACCOUNT NO.<br>**M&M Stone, Inc.**<br>**PO Box 189**<br>**Telford, PA  18969** | | | loans to company - 1990-2011 | | | X | 1,947,597.12 |
| ACCOUNT NO.<br>**Marcal Construction, Inc.**<br>**540 South Atlantic Avenue**<br>**Aberdeen, NJ  07747** | | | trade account - 4/2008-5/2008 | | | | 4,583.30 |

Sheet no. ____**13**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,025,647.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                                _____
                    Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Marko Radiator, Inc.**<br>**725 West Coal Street**<br>**Shenandoah, PA  17976** | | | trade account - 12/2009 | | | | 736.70 |
| ACCOUNT NO.<br><br>**Marmon/Keystone Corporation**<br>**100 Steel Drive**<br>**New Castle, PA  19720** | | | trade account - 12/2009-1/2010 | | | | 1,617.41 |
| ACCOUNT NO.<br><br>**McCarthy Tire Service Co.**<br>**PO Box 1125**<br>**Wilkes-Barre, PA  18703** | | | trade account - 5/2009-6/2009 | | | | 14,908.52 |
| ACCOUNT NO.<br><br>**Middleport Materials**<br>**PO Box 189**<br>**Telford, PA  18969** | | | loans to company - 1990-2010 | | | X | 68,009.09 |
| ACCOUNT NO.<br><br>**Midlantic Machinery Company**<br>**2240 Bethlehem Pike**<br>**Hatfield, PA  19440** | | | trade debt | | | | 83,682.62 |
| ACCOUNT NO.<br><br>**Midlantic Machinery Company**<br>**2240 Bethlehem Pike**<br>**Hatfield, PA  19440** | | | trade account - 02/2009 | | | | 2,120.00 |
| ACCOUNT NO.<br><br>**Miller Brothers**<br>**2939 Felton Road, Building 2**<br>**Norristown, PA  19401** | | | trade account - 6/2007-8/2007 | | | | 14,037.50 |

Sheet no. ___**14**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **185,111.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                    Case No. **11-**
_____
                            Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Miller Diesel, Inc.**<br>**6030 Jonestown Road**<br>**Harrisburg, PA  17112** | | | trade account - 08/2008 | | | | 1,032.44 |
| ACCOUNT NO.<br>**Moore Outdoor Rejuvenation, Inc.**<br>**PO Box 1859**<br>**Boothwyn, PA  19061** | | | trade debt | | | | 21,650.00 |
| ACCOUNT NO.<br>**Moyer & Son, Inc.**<br>**PO Box 64198**<br>**Souderton, PA  18964** | | | trade account - 11/2008-6/2009 | | | | 9,936.82 |
| ACCOUNT NO.<br>**Moyer Indoor/Outdoor**<br>**PO Box 64198**<br>**Souderton, PA  18964** | | | trade debt | | | | 64,781.55 |
| ACCOUNT NO.<br>**Nelson Wire Rope Corp.**<br>**3051 Penn Avenue**<br>**Hatfield, PA  19440** | | | trade account - 5/2009-4/2010 | | | | 996.88 |
| ACCOUNT NO.<br>**Norris Sales Co., Inc.**<br>**1300 East Ridge Pike**<br>**Plymouth Meeting, PA  18964** | | | trade account - 10/2009 | | | | 603.30 |
| ACCOUNT NO.<br>**Northeast Hydraulics Co.**<br>**100 Frieda Street**<br>**Dickson City, PA  18519** | | | trade account - 6/2010-7/2010 | | | | 1,842.89 |

Sheet no. **15** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **100,843.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                    _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NYCO Corporation**<br>**10738 S. County Line Road**<br>**Souderton, PA  18964** | | | trade account - 8/2009-3/2010 | | | | 344.34 |
| ACCOUNT NO.<br><br>**Penn-Holo Sales & Service**<br>**4472 Skippack Pike**<br>**Schwenksville, PA  19473** | | | trade account - 3/2009-11/2009 | | | | 478.35 |
| ACCOUNT NO.<br><br>**Plasterer Equipment Co.**<br>**3215 State Road**<br>**Sellersville, PA  18960** | | | trade account - 05/2010-06/2010 | | | | 4,523.42 |
| ACCOUNT NO.<br><br>**Plasterer Equipment Co.**<br>**3215 State Road**<br>**Sellersville, PA  18960** | | | trade account - 6/2009-8/2009 | | | | 1,296.13 |
| ACCOUNT NO.<br><br>**PPC Lubricants**<br>**305 Micro Drive**<br>**Jonestown, PA  17038** | | | trade account - 8/2008-11/2008 | | | X | 16,367.82 |
| ACCOUNT NO.<br><br>**Professional Forms**<br>**655 Harleysville Pike**<br>**Telford, PA  18969** | | | trade account - 11/2010 | | | | 649.92 |
| ACCOUNT NO.<br><br>**ProMax Fence Systems, Inc.**<br>**2621 Centre Avenue**<br>**Reading, PA  19605** | | | trade debt | | | X | 42,683.10 |

Sheet no. ___**16**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **66,343.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                    Case No. **11-**
_____                          _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**R.B. Christel**<br>**801 Route 100**<br>**Bechtelsville, PA  19505** | | | trade account - 8/2010-9/2010 | | | | **13,012.50** |
| ACCOUNT NO.<br><br>**Ram-T Corporation**<br>**PO Box 72265**<br>**Thorndale, PA  19372** | | | trade account - 5/2008 | | | | **2,067.00** |
| ACCOUNT NO.<br><br>**Red Hill Ford, Inc.**<br>**602 Main Street**<br>**Red Hill, PA  18076** | | | trade account - 02/2009-8/2009 | | | | **11,905.01** |
| ACCOUNT NO.<br><br>**Reliastar Life Ins. Co. Of NY**<br>**8366 Innovation Way**<br>**Chicago, IL  60682** | | | life insurance - 2/2011 | | | | **355.00** |
| ACCOUNT NO.<br><br>**Replacement Parts, Inc.**<br>**2 West Allen Street**<br>**Allentown, PA  18102** | | | trade account - 4/2009 | | | | **114.50** |
| ACCOUNT NO.<br><br>**Richter Drafting & Office**<br>**PO Box 64288**<br>**Souderton, PA  18964** | | | trade account - 3/2011 | | | | **70.47** |
| ACCOUNT NO.<br><br>**Ricoh Americas Corporation**<br>**PO Box 13852**<br>**Newark, NJ  07188** | | | trade account - 3/2011 | | | | **12.19** |

Sheet no. ____**17**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **27,536.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                           Case No. **11-**
_____                                    _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ricoh Americas Corporation**<br>**PO Box 4245**<br>**Carol Stream, IL  60197** | | | trade account - 11/2010-5/2011 | | | | 863.39 |
| ACCOUNT NO.<br>**Rittenbaugh, Inc.**<br>**719 N. Wheatland Street**<br>**Phoenixville, PA  19460** | | | trade account - 9/2008-11/2008 | | | | 8,519.12 |
| ACCOUNT NO.<br>**RMC Clean Sweep, Inc.**<br>**PO Box 157**<br>**Buckingham, PA  18912** | | | trade account - 11/2009-1/2010 | | | | 836.25 |
| ACCOUNT NO.<br>**Rota-Mill, Inc.**<br>**784 Memorial Highway**<br>**Oley, PA  19547** | | | trade account - 12/2009 | | | | 420.00 |
| ACCOUNT NO.<br>**Rotell Development Co.**<br>**219 Niantic Road**<br>**Barto, PA  19504** | | | trade account - 6/2010-8/2010 | | | | 1,575.00 |
| ACCOUNT NO.<br>**Rusco Hydraulics, Inc.**<br>**PO Box 8127**<br>**Lancaster, PA  17604** | | | trade account - 10/2009 | | | | 110.98 |
| ACCOUNT NO.<br>**Rutt's Machine, Inc.**<br>**300 Jonlyn Drive**<br>**Elizabethtown, PA  17022** | | | trade account - 3/2009 | | | | 4,516.45 |

Sheet no. ____**18**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ | **16,841.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                Case No. **11-**
_____
                Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sacks & Sons, Inc.**<br>**PO Box 169**<br>**Zieglerville, PA  19492** | | | trade account - 6/2010-8/2010 | | | | 1,777.50 |
| ACCOUNT NO.<br>**Sanatoga Asphalt**<br>**PO Box 1467**<br>**Skippack, PA  19474** | | | trade account - 4/2010-10/2010 | | | | 12,234.89 |
| ACCOUNT NO.<br>**Sander Power Equip. Co.**<br>**295 Andrews Road**<br>**Trevose, PA  19503** | | | trade account - 1/2009 | | | | 398.85 |
| ACCOUNT NO.<br>**Santarelli & Sons Oil Co.**<br>**PO Box 34**<br>**Peckville, PA  18452** | | | trade account 7/2010-8/2010 | | | | 7,779.89 |
| ACCOUNT NO.<br>**Sprint**<br>**PO Box 4181**<br>**London, KY  40742** | | | trade account - 5/2011-6/2011 | | | | 2,862.67 |
| ACCOUNT NO.<br>**Stafursky Trucking**<br>**502 Main Street**<br>**Archbald, PA  18403** | | | trade account - 6/2010 | | | | 1,980.00 |
| ACCOUNT NO.<br>**Star Striping Service**<br>**299 Niantic Road**<br>**Barto, PA  19504** | | | trade account - 8/2008-9/2008 | | | | 9,270.00 |

Sheet no. _____**19**___ of ____**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **36,303.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Drum Construction Company, Inc.                                    Case No. 11-
_____                        _____
              Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stauffer Diesel, Inc.<br>34 Stauffer Lane<br>Ephrata, PA 17522 | | | trade account - 6/2009-8/2009 | | | | 255.41 |
| ACCOUNT NO.<br><br>Superglass Windshield Rep.<br>1618 Hedgwood Road<br>Hatfield, PA 19440 | | | trade account - 5/2009 | | | | 140.00 |
| ACCOUNT NO.<br><br>Superior Tree Service<br>169 Amelia Street<br>Mont Clare, PA 19453 | | | trade account - 10/2010 | | | | 925.00 |
| ACCOUNT NO.<br><br>Syrstone, Inc.<br>7395 Taft Park Drive<br>East Syracuse, NY 13057 | | | trade account - 5/2010 | | | | 4,680.00 |
| ACCOUNT NO.<br><br>Telco, Inc.<br>1224 Cross Keys Road<br>Reading, PA 19605 | | | trade account - 3/2010-9/2010 | | | | 7,415.60 |
| ACCOUNT NO.<br><br>Trappe Auto Electric<br>365 East 7th Avenue<br>Trappe, PA 19426 | | | trade account - 11/2008-11/2009 | | | | 1,488.24 |
| ACCOUNT NO.<br><br>Tuzze Trucking<br>78 Cottage Street<br>Carbondale, PA 18407 | | | trade account - 7/2010 | | | | 1,855.00 |

Sheet no. __20__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   16,759.25

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Drum Construction Company, Inc. _____    Case No. **11-**
_____
                          Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**US Municipal Supply, Inc.**<br>**PO Box 574**<br>**Huntingdon, PA  16652** | | | trade account - 3/2010-4/2010 | | | | 375.78 |
| ACCOUNT NO.<br><br>**Valvano Construction, Inc.**<br>**R 347 Main Street**<br>**Dickson City, PA  18519** | | | trade debt | | | | 75,617.50 |
| ACCOUNT NO.<br><br>**Victor J. Saladino Co.**<br>**PO Box 365**<br>**Fairview Village, PA  19409** | | | trade account - 9/2008 | | | | 1,404.00 |
| ACCOUNT NO.<br><br>**Vimco**<br>**300 Hansen Access Road**<br>**King Of Prussia, PA  19406** | | | trade account - 4/2010-8/2010 | | | | 2,280.06 |
| ACCOUNT NO.<br><br>**Vision Mechanical, Inc.**<br>**135 Juniata Street**<br>**West Reading, PA  19611** | | | trade account - 8/2007-12/2007 | | | X | 9,125.00 |
| ACCOUNT NO.<br><br>**Wayne Carmint Landscaping**<br>**PO Box 212**<br>**Plymouth Meeting, PA  18964** | | | trade account - 07/2010-10/2010 | | | | 4,624.00 |
| ACCOUNT NO.<br><br>**Weldon Auto Parts, Inc.**<br>**2801 Limekiln Pike**<br>**Glenside, PA  19038** | | | trade account - 9/2008-4/2011 | | | | 4,210.16 |

Sheet no. ___**21**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **97,636.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Drum Construction Company, Inc.**                                Case No. **11-**

<div style="text-align:center">Debtor(s)                                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7484**<br><br>**Wells Fargo Financial**<br>**PO Box 6434**<br>**Carol Stream, IL  60197-6434** | | | lease on a copier | | | | 11,438.18 |
| ACCOUNT NO.<br><br>**Wilkinson & Associates, Inc.**<br>**PO Box 987**<br>**Valley Forge, PA  19482** | | | trade account - 10/2010-5/2011 | | | | 2,511.50 |
| ACCOUNT NO.<br><br>**William G. Carpenter, Et Al**<br>**2851 Willow Brook Lane**<br>**Pottstown, PA  19464** | | | unpaid rental | | | | 9,000.00 |
| ACCOUNT NO.<br><br>**Willow House Decorating**<br>**492 Main Street**<br>**Harleysville, PA  19438** | | | trade account | | | | 507.12 |
| ACCOUNT NO.<br><br>**Wismer's Auto Trim Shop**<br>**50 Reliance Road & RR Avenue**<br>**Souderton, PA  18054** | | | trade account - 3/2009-4/2009 | | | | 991.10 |
| ACCOUNT NO.<br><br>**Yeager Supply, Inc.**<br>**PO Box 1177**<br>**Reading, PA  19603** | | | trade account - 1/2010-5/2010 | | | | 2,617.87 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**22**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **27,065.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $  **5,583,120.60**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Drum Construction Company, Inc.**                         Case No. **11-**
_____                    _____
                    Debtor(s)                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Drum Construction Company, Inc.** _____   Case No. **11-** _____
                                                    Debtor(s)                                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Drum Construction Company, Inc.                                    Case No. **11-**
_____
Debtor(s)                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                            Debtor

Date: _____   Signature: _____
                                                                                    (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Drum Construction Company, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**43** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 17, 2011** _____   Signature: **_/s/ Gary M. Carpenter_** _____

**Gary M. Carpenter** _____
                                                          (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                                Case No. **11-**_____

Drum Construction Company, Inc.                                     Chapter **11**_____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 223,898.59 | 04/01/2011-06/10/2011 - estimated |
| 5,263,681.14 | 04/01/2010-03/31/2011 |
| 6,894,542.34 | 04/01/2009-03/31/2010 |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2,442.00 | 04/01/2011-06/10/2011 - scrap |
| 395,000.00 | 04/01/2010-03/31/2011 - life insurance, sale of assets, scrap |
| 18,927.00 | 04/01/2009-03/31/2010 - sale of assets |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | | **33,106.15** | **28,268.55** |
| Payroll taxes | | | |
| **Keystone Health Plan** PO Box 70250 Philadelphia, PA 19176 | | **23,095.76** | **42,031.18** |
| health benefits | | | |
| **Moore Outdoor Rejuvenation, Inc.** PO Box 1859 Boothwyn, PA 19061 | | **23,000.00** | **21,650.00** |
| paid on job when completed | | | |
| **Eureka Stone Quarry** | | **17,785.52** | **0.00** |
| paid on job when completed | | | |
| **First Insurance Funding** | | **15,827.12** | **142,444.08** |
| general insurance | | | |
| **Farm And Home Oil Company** 3115 STate Road Telford, PA 18969 | | **12,234.45** | **7,466.09** |
| fuel | | | |
| **Fleet Services** PO Box 6293 Carol Stream, IL 60197 | | **11,965.95** | **14,637.39** |
| fuel | | | |
| **Armour And Sons Electric** | | **11,500.00** | **0.00** |
| paid on job when completed | | | |
| **Harleysville Materials, LLC** PO Box 587 Berlin, NJ 08009 | | **11,021.35** | **21,430.91** |
| paid on job when completed | | | |
| **Wayne Carmint Landscaping** PO Box 212 Plymouth Meeting, PA 18964 | | **10,762.50** | **4,624.00** |
| paid on job when completed | | | |
| **Pension And Financial Services, Inc.** 850 Casset Road, 100 Berwyn Park Ste 225 Berwyn, PA 19312 | | **9,381.01** | **5,026.02** |
| payroll - 401k | | | |
| **Univest National Bank** | | **9,337.50** | **2,070,924.70** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

bank loans

| | | |
|---|---|---|
| **A Giullani** | **9,320.00** | **0.00** |
| paid on job when completed | | |
| **Ford Credit**<br>**National Bankruptcy Service Center**<br>**P.O. Box 537901**<br>**Livonia, MI  48153-7901** | **8,257.59** | **43,276.46** |
| equipment loans | | |
| **Guidemark, Inc.** | **8,050.62** | **0.00** |
| paid on job when completed | | |
| **Delaware Valley Concrete**<br>**PO Box 457**<br>**Hatboro, PA  19040** | **7,808.49** | **4,033.30** |
| paid on job when completed | | |
| **Cianci & Roberts**<br>**519 Walnut Street**<br>**Reading, PA  19601** | **7,188.15** | **500.00** |
| legal services | | |
| **PA Department Of Revenue**<br>**Bureau Of Collection & Taxpayer Services**<br>**PO Box 281210**<br>**Harrisburg, PA  17128-1210** | **6,943.64** | **501.24** |
| payroll taxes | | |
| **Leaf Financial Corporation** | **6,682.92** | **35,948.39** |
| Equipment loans | | |
| **Breese Contracting** | **6,000.00** | **0.00** |
| paid on job when completed | | |
| **Pa UC Fund** | **5,446.59** | **10,000.00** |
| payroll taxes | | |
| **Carpenter Brothers, Inc.** | **50,000.00** | **1,470,190.96** |
| repayment of loan | | |

None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|
| **Carpenter Brothers, Inc.**<br>**PO Box 130**<br>**Telford, PA  18969**<br>owner | **5/2011-6/2011** | **50,000.00** | **1,470,190.96** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Vision Mechanical v. Drum Construction** | **collection action** | **Berks County** | **pending** |
| **Lincoln Pavements v. Drum** | **collection** | **Berks County** | **pending** |
| **JT Enerprises v. Colonial Surety v. Drum** | **collection** | **Berks County** | **pending** |
| **Colonial Surety v. Drum** | **bonding issue** | **Bucks County** | **pending** |
| **PPC Lubricant v. Drum** | **collection** | **Bucks County** | **pending** |
| **Yeager Supply v. Drum** | **collection** | **Bucks County** | **pending** |

| | | | |
|---|---|---|---|
| **GE Capital v. Drum** | collection/replevin | **Bucks County** | pending |
| **Marmon Keystone v. Drum** | collection | **Drum** | pending |
| **Naceville Materials v. Drum** | collection | **Bucks County** | pending |
| **Komatsu Financial v. Drum** | collection/replevin | **Bucks County** | pending |
| **Saxan Management v. Drum** | collection | **Center County** | settled |
| **Ram T v. Drum** | collection | **Chester County** | pending |
| **Kenco Hydraulics v. Drum** | collection | **Montgomery County** | pending |
| **Cotterino Supply v. Drum** | collection | **Montgomery County** | pending |
| **Drum v. Colonial Surety** | civil action | **Montgomery County** | Writ issued - pending |
| **Drum v. Taycor Financial** | civil action | **Montgomery County** | writ issued - pending |
| **Moyer and Son v. Drum** | collection | **Montgomery County** | pending |
| **Ferguson Enterprises v. Drum** | collection | **Montgomery County** | pending |
| **Elliott Greenleaf v. Drum** | collection - legal fees - disputed | **Montgomery County** | pending |
| **Balboa Capital v. Drum** | collection | **Orange County, CA** | pending |
| **Sands Brothers v. Drum** | collection | **Montgomery County** | pending |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Komatsu Financial**<br>**PO Box 99303**<br>**Chicago, IL  60693-9303** | | **7 pieces of equipment valued at $530,000.00 being held at Midlantic Machinery Lot** |

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **storage tank program  - 2925 W. Clymer Avenue, Telford, PA  18969 -** | **Pennsylvania EPA** | **May 19, 2011** | **25 Pa.Code Chapter 245.436(b)(3)(ii)** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Facility No. 09-30488

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Debra Carpenter** | **2/2011 to date** |
| **prepared internal financial statement 2010, kept books** | |
| **Elda Koch** | **1976-2/2011** |
| **bookeeper/employee from 1976-2/2011** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **EJ Pinto & Associates, LLC** | **2009** |
| **138 Morwood Drive** | |
| **Telford, PA  18969** | |
| **prepared audited financial statement and taxes** | |
| **Ronald A. Williams & Co.** | **2010** |
| **Bailiwick #8** | |
| **Doylestown, PA  18901** | |
| **prepared taxes** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| **Drum Construction Co, Inc.** | **records prior to 2007 were destroyed in a fire** |
| **PO Box 130** | |
| **Telford, PA  18969** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EJ Pinto & Associates, LLC
138 Morwood Drive
Telford, PA  18969

**limited records of older analysis i.e. balance sheet reconciliation, etc.**

---

None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☐  within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                     DATE ISSUED
**Univest National Bank**
**PO Box 64197**
**Souderton, PA  18964**

**Greg Poehlman**
**44 Business Capital**
**1787 Sentry Parkway West, Bldg 16**
**Blue Bell, PA  19422**

**Fesnak And Associates, LLP**
**1777 Sentry Parkway, Suite 400**
**Blue Bell, PA  19422**

**First Priority Bank**
**10 Sentry Parkway**
**Blue Bell, PA  19422**

---

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☐  dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **03/31/2010** | **Gary Carpenter** | **$259,312.68** |
| **06/15/2011** | **Gary Carpenter** | **$128,527.00** |

---

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

DATE OF INVENTORY                            NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS
**03/31/2010/06/15/2011**                     **Gary M. Carpenter**
**Drum Construction Co., Inc.**
**P.O. Box 130**
**Telford, PA  18969**

---

**21. Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

---

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐  or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gary M. Carpenter**<br>**112 Fariview Circle**<br>**Barto, PA  19504** | **President** | **49% of parent corporation, Carpenter Brothers, Inc.** |
| **Brian L. Carpenter**<br>**405 Main Street**<br>**Green Lane, PA  18054** | **Vice President** | **49% of parent corporation, Carpenter Brothers, Inc.** |
| **R. Sue Carpenter**<br>**2851 Willow Brook Lane**<br>**Pottstown, PA  19464** | **Treasurer** | **2% shareholder parent company Carpenter Brothers, Inc.** |

---

**22. Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑  of this case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☐ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **Carpenter Brothers, Inc.** | **20-5747963** |
| **Wm. G. Carpenter & Sons, Inc. - prior to 2007** | **23-1989750** |

### 25. Pension Funds.

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☐ has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **401k consolidated under Carpenter Brothers, Inc., also under consolidation with Wm. G. Carpenter & Sons, Inc., prior to 2007 (ID 23-1989750)** | **20-5747963** |
| **Davis Bacon Pension Plan** | **23-1575773** |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 17, 2011**                    Signature: ***/s/ Gary M. Carpenter***

**Gary M. Carpenter, President**
<div align="right">Print Name and Title</div>

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                                    Case No. **11-**_____

**Drum Construction Company, Inc.**                                       Chapter **11** _____
_____
            Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 17, 2011** _____    Signature: */s/ Gary M. Carpenter* _____
                                                      **Gary M. Carpenter, President**                          Debtor

Date: _____    Signature: _____
                                                                                          Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ABW Trucking, Inc.
1115 Old Skippack Pike
Salfordville, PA  18958


AFNI Subrogation Unit
PO Box 3068
Bloomington, IL  61702


Agtek
368 Earhart Way
Livermore, CA  94550


Airgas East
PO Box 827049
Philadelphia, PA  19182


Alderfer Glass Company
144 Telford Pike
Telford, PA  18969


Allstate Bonding
331 N. Broad Street
Lansdale, PA  19446


Aramark Uniform Services
PO Box 15166
Reading, PA  19612


Ardmore Tire Inc.
620 Colwell Lane
Conshohocken, PA  19428


Associated Fasteners
6854 Chrisphalt Drive
Bath, PA  18014

Assurant Employee Benefit
PO Box 806644l-1
Kansas City, MO  64180-6644


ATS Environmental
286 Houses Corner Road
Sparta, NJ  07871


Balboa Capital
2010 Main Street, 11th Floor
Irvine, CA  92614


Bechtelsville Asphalt
PO Box 196
Skippack, PA  19474


Bergey's Electric, Inc.
2880 Penn Avenue
Hatfield, PA  19440


Bergey's Inc.
462 Harleysville Pike
Souderton, PA  18964


Bishop Wood Products
PO Box 156
Franconia, PA  18924


Bluegrass Technology, Inc.
1819 S. Broad Street
Philadelphia, PA  19148


Brian L. Carpenter
405 Main Street
Green Lane, PA  18054

Broadview Networks
PO Box 1191
Port Chester, NY  10573


Bug Eye Contractors, Inc.
28 Schoolhouse Road
Sellersville, PA  18960


Captain Clog
2712A Old Pricetown Road
Temple, PA  19560


Carpenter Brothers, Inc.
PO Box 130
Telford, PA  18969


Carrol Engineering
949 Easton Road, Suite 100
Warrington, PA  18976


Caufield & James, LLP
633 West Fifth Street, Suite 320
Los Angeles, CA  90071


Cavan Construction
274 Bodley Road
Aston, PA  19014


Central Clay Products
101 Scott Street
Wilkes-Barre, PA  18702


Chesapeak Industrial
PO Box 28365
Baltimore, MD  21234-8365

Chesco Coring & Cutting, Inc.
2047 Charlestown Road
Malvern, PA  19355


Christel Car Care, Inc.
801 Route 100
Bechtelsville, PA  19505


Cianci & Roberts
519 Walnut Street
Reading, PA  19601


City Of Reading
815 Washington Street
Reading, PA  19601


Clark Industrial Supply
301 West High Street
Pottstown, PA  19464


Cliff Thoms Tri State
PO Box 69
Pocopson, PA  19366


Colliflower, Inc.
9320 Pulaski Highway
Baltimore, MD  21220-2418


Colonial Life
PO Box 903
Columbia, SC  29202-0903


Colonial Surety Company
50 Chestnut Ridge Road
Montvale, NJ  07647

Commonwealth Of Pennsylvania
14th Floor Strawberry Square
Harrisburg, PA  17120


Commonwealth Of Pennsylvania
Magisterial District 15-2-07
PO Box 501
Lionville, PA  19353-0501


Commonwealth Precast
694 Forman Road
Souderton, PA  18964


Construction Data Company
2001 9th Avenue, Suite 209
Vero Beach, CA  32976


Coopersburg Kenworth
1930 Routeh 309
Coopersburg, PA  18036


Coopersburg Materials
PO Box 161
Warminster, PA  18974


Cotterino Supply & Equipment
330 Trewigtown Road
Colmar, PA  18915


Creamery Tire
4123 Creamery Road
Creamery, PA  19430


Daniel L. Beardsley, Ltd
165 Penn Avenue
Hatfield, PA  19440

Debbie's Cleaning Service
PO Box 432
Telford, PA  18969


Del-Val International Trucking
1034 Bethlehem Pike
Montgomeryville, PA  18936


Delaware Valley Concrete
PO Box 457
Hatboro, PA  19040


Diesel Service, Inc.
PO Box 14325
Reading, PA  19612


Eagle Power And Equipment
953 Bethlehem Pike
Montgomeryville,, PA  18936


Earth Engineering, Inc.
115 West Germantown Pike
East Norriton, PA  19401


Earthcore Services
1458 Shaner Drive
Pottstown, PA  19465


East Penn Manufacturing Co.
PO Box 147
Lyon Station, PA  19536


Eastern Industries
4401 Camp Meeting Road, Ste 200
Center Valley, PA  18034

Ecynbro Trucking
PO Box 64418
Souderton, PA  18964


Eli Transport, Inc.
4401 Camp Meeting Road, Suite 200
Center Valley, PA  18034


Elliott & Frantz, Inc.
450 E. Church Street
King Of Prussia, PA  19406


Elliott Greenleaf
PO Box 3010
Blue Bell, PA  19422


Enterprise Fleet Mgmt
170 North Radner Chester Road
Radnor, PA  19087


Environmental Geosynthetic
PO Box 221
Telford, PA  18969


EP Henry
PO Box 615
Woodbury, NJ  18096


Exeter Supply
117 Prospect Street
Reading, PA  19605


Farm And Home Oil Company
3115 STate Road
Telford, PA  18969

Fastenal Ind. And Const.
4200 Old Bethlehem Pike
Telford, PA  18969


Ferguson Enterprises, Inc.
PO Box 827066
Philadelphia, PA  19182


First Insurance Funding, Inc.
450 Skokie Boulevard, Suite 1000
Northbrook, IL  60062,


Fleet Services
PO Box 6293
Carol Stream, IL  60197


Florig Equipment Of Philadelphia
904 Ridge Pike
Conshohocken, PA  19428


Ford Credit
P.O. Box 542000
Omaha, NE  68154-8000


Four S Leasing
602 Main Street
Red Hill, PA  18076


Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19148


Frost Valley Farm
RR2, Box 2692
Nicholson, PA  18446

GA Peak
2850 Clymer Avenue
Telford, PA  18969


Gary M. Carpenter
112 Fariview Circle
Barto, PA  19504


GE Capital
PO Box 802585
Chicago, IL  60680-2585


General Sewer Service, Inc.
1408 Calcon Hook Road
Sharon Hill, PA  19079


George's Tool Rental, Inc.
Route 309
Hatfield, PA  19440


Geroni Trucking
111 Kitztown Road
Temple, PA  19560


Gilbarco, Inc.
12249 Collections Center
Chicago, IL  60693


Giles & Ransome, Inc.
PO Box 828735
Philadelphia, PA  19148


Gilmore & Associates, Inc.
65 East Butler Avenue, Suite 1
New Britain, PA  18901

Grainger
18 Applegate Drive North
Robbinsville, NJ  08691


Greenpro Materials
PO Box 265
Bound Brook, NJ  08805


Greenstart, Inc.
145 Swamp Creek Road
Gilbertsville, PA  19525


Groffdale Concerte Walls
430 Concrete Avenue
Leola, PA  17540


H&K Materials
PO Box 196
Skippack, PA  19474


Hard Dollar Corporation
9977 N. 90th Street, Suite 200
Scottsdale, AZ  85258


Harleysville Materials, LLC
PO Box 587
Berlin, NJ  08009


HD Supply Waterworks, Ltd
400 S. Graves Road
Plymouth Meeting, PA  18964


Hughes Enterprises
721 Murray Street
Throop, PA  18512

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Irwin Commercial Lease
500 Washington Street, 10th Floor
South Norwalk, CT  06854


John Deere Credit
PO Box 4450
Carol Stream, IL  60197-6434


JP Mascaro & Sons
PO Box 7250
Audobon, PA  19407


Kenco Hydraulics, Inc.
63 East Broad Street
Hatfield, PA  19440


Keystone Health Plan
PO Box 70250
Philadelphia, PA  19176


Komatsu Financial
PO Box 99303
Chicago, IL  60693-9303


Landis Block Company, Inc.
PO Box 64418
Souderton, PA  18964


Landis Mechanical Group, Inc.
2668 Leiscz's Bridge Road
Leesport, PA  19533

Lane Enterprises, Inc.
3905 Hartzdale Drive, Suite 514
Camp Hill, PA   17011


Latshaw Brothers Concrete
181 Denver Road
Denver, PA   17517


LCF Construction, Inc.
PO Box 310
Hatfield, PA   19440


Leaf Financial
PO Box 644006
Cincinnati, OH   45264-4006


Lincoln Pavement Services
51 Chestnut Hill Road
Stevens, PA   17578


Link-Belt Midlantic
PO Box 6518
Ashland, PA   23005


Loomis Insurance Agency Corp.
850 Spring Street, PO Box 7011
Wyomissing, PA   19610-7011


M&M Stone, Inc.
PO Box 189
Telford, PA   18969


Mack Financial
PO Box 26131
Greensboro, NC   27402-6131

Manifest Funding Service
1450 Channel Parkway
Marshall, MN  56268


Marcal Construction, Inc.
540 South Atlantic Avenue
Aberdeen, NJ  07747


Marko Radiator, Inc.
725 West Coal Street
Shenandoah, PA  17976


Marlin Lease
300 Fellowship Road
Mount Laurel, NJ  08054


Marmon/Keystone Corporation
100 Steel Drive
New Castle, PA  19720


McCarthy Tire Service Co.
PO Box 1125
Wilkes-Barre, PA  18703


Middleport Materials
PO Box 189
Telford, PA  18969


Midlantic Machinery Company
2240 Bethlehem Pike
Hatfield, PA  19440


Miller Brothers
2939 Felton Road, Building 2
Norristown, PA  19401

Miller Diesel, Inc.
6030 Jonestown Road
Harrisburg, PA  17112


Moore Outdoor Rejuvenation, Inc.
PO Box 1859
Boothwyn, PA  19061


Moyer & Son, Inc.
PO Box 64198
Souderton, PA  18964


Moyer Indoor/Outdoor
PO Box 64198
Souderton, PA  18964


Nelson Wire Rope Corp.
3051 Penn Avenue
Hatfield, PA  19440


Norris Sales Co., Inc.
1300 East Ridge Pike
Plymouth Meeting, PA  18964


Northeast Hydraulics Co.
100 Frieda Street
Dickson City, PA  18519


NYCO Corporation
10738 S. County Line Road
Souderton, PA  18964


PA Department Of Labor & Industry
PO Box 68568
Harrisburg, PA  17106-8565

PA Department Of Revenue
PO Box 68568
Harrisburg, PA  17106-8565


Pawnee Financial
700 Centre Avenue
Fort Collins, CO  80526


Penn-Holo Sales & Service
4472 Skippack Pike
Schwenksville, PA  19473


Pennsylvania SCDU
PO Box 69112
Harrisburg, PA  17106-9112


Pension And Financial Services, Inc.
850 Casset Road, 100 Berwyn Park Ste 225
Berwyn, PA  19312


Plasterer Equipment Co.
3215 State Road
Sellersville, PA  18960


PPC Lubricants
305 Micro Drive
Jonestown, PA  17038


Professional Forms
655 Harleysville Pike
Telford, PA  18969


ProMax Fence Systems, Inc.
2621 Centre Avenue
Reading, PA  19605

R.B. Christel
801 Route 100
Bechtelsville, PA  19505


Ram-T Corporation
PO Box 72265
Thorndale, PA  19372


Red Hill Ford, Inc.
602 Main Street
Red Hill, PA  18076


Reliastar Life Ins. Co. Of NY
8366 Innovation Way
Chicago, IL  60682


Replacement Parts, Inc.
2 West Allen Street
Allentown, PA  18102


Richter Drafting & Office
PO Box 64288
Souderton, PA  18964


Ricoh Americas Corporation
PO Box 13852
Newark, NJ  07188


Ricoh Americas Corporation
PO Box 4245
Carol Stream, IL  60197


Rittenbaugh, Inc.
719 N. Wheatland Street
Phoenixville, PA  19460

RMC Clean Sweep, Inc.
PO Box 157
Buckingham, PA  18912


Rota-Mill, Inc.
784 Memorial Highway
Oley, PA  19547


Rotell Development Co.
219 Niantic Road
Barto, PA  19504


Rusco Hydraulics, Inc.
PO Box 8127
Lancaster, PA  17604


Rutt's Machine, Inc.
300 Jonlyn Drive
Elizabethtown, PA  17022


Sacks & Sons, Inc.
PO Box 169
Zieglerville, PA  19492


Sanatoga Asphalt
PO Box 1467
Skippack, PA  19474


Sander Power Equip. Co.
295 Andrews Road
Trevose, PA  19503


Santarelli & Sons Oil Co.
PO Box 34
Peckville, PA  18452

Sprint
PO Box 4181
London, KY   40742


Stafursky Trucking
502 Main Street
Archbald, PA   18403


Star Striping Service
299 Niantic Road
Barto, PA   19504


Stauffer Diesel, Inc.
34 Stauffer Lane
Ephrata, PA   17522


Superglass Windshield Rep.
1618 Hedgwood Road
Hatfield, PA   19440


Superior Tree Service
169 Amelia Street
Mont Clare, PA   19453


Syrstone, Inc.
7395 Taft Park Drive
East Syracuse, NY   13057


Telco, Inc.
1224 Cross Keys Road
Reading, PA   19605


Trappe Auto Electric
365 East 7th Avenue
Trappe, PA   19426

Tuzze Trucking
78 Cottage Street
Carbondale, PA  18407


Univest National Bank
PO Box 64197
Souderton, PA  18964


US Municipal Supply, Inc.
PO Box 574
Huntingdon, PA  16652


Valvano Construction, Inc.
R 347 Main Street
Dickson City, PA  18519


Victor J. Saladino Co.
PO Box 365
Fairview Village, PA  19409


Vimco
300 Hansen Access Road
King Of Prussia, PA  19406


Vision Mechanical, Inc.
135 Juniata Street
West Reading, PA  19611


Wayne Carmint Landscaping
PO Box 212
Plymouth Meeting, PA  18964


Weldon Auto Parts, Inc.
2801 Limekiln Pike
Glenside, PA  19038

Wells Fargo Financial
PO Box 6434
Carol Stream, IL  60197-6434


Wilkinson & Associates, Inc.
PO Box 987
Valley Forge, PA  19482


William G. Carpenter, Et Al
2851 Willow Brook Lane
Pottstown, PA  19464


Willow House Decorating
492 Main Street
Harleysville, PA  19438


Wismer's Auto Trim Shop
50 Reliance Road & RR Avenue
Souderton, PA  18054


Yeager Supply, Inc.
PO Box 1177
Reading, PA  19603

### United States Bankruptcy Court
### Eastern District of Pennsylvania

**IN RE:**                                                           Case No. **11-**_____

**Drum Construction Company, Inc.**                                 Chapter **11**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**200.00/hr**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,039.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
e.  [Other provisions as needed]
**payment made is for filing fee and costs**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 17, 2011**                                    **/s/ Gregory R. Noonan, Esquire**
_____                              _____
Date                                                 **Gregory R. Noonan, Esquire 48544**
                                                     **Walfish & Noonan, LLC**
                                                     **528 DeKalb Street**
                                                     **Norristown, PA  19401**
                                                     **(610) 277-7899  Fax: (610) 277-7884**
                                                     **walfishnoonan@aol.com**