**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                                                          Case No. **11-** _____

**Drum Construction Company, Inc.** _____                 Chapter **11**
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **M&M Stone, Inc.**<br>PO Box 189<br>Telford, PA  18969 | | | Disputed | 1,947,597.12 |
| **Carpenter Brothers, Inc.**<br>PO Box 130<br>Telford, PA  18969 | | | | 1,470,190.96 |
| **Gary M. Carpenter**<br>112 Fariview Circle<br>Barto, PA  19504 | | | | 265,251.67 |
| **Carpenter Brothers, Inc.**<br>PO Box 130<br>Telford, PA  18969 | | | | 148,634.00 |
| **First Insurance Funding, Inc.**<br>450 Skokie Boulevard, Suite 1000<br>Northbrook, IL  60062, | | | | 142,444.08 |
| **Eastern Industries**<br>4401 Camp Meeting Road, Ste 200<br>Center Valley, PA  18034 | Joel Polosky<br>(610) 395-5811 | | Disputed | 109,623.30 |
| **Komatsu Financial**<br>PO Box 99303<br>Chicago, IL  60693-9303 | | | | 694,515.74<br>Collateral:<br>586,000.00<br>Unsecured:<br>108,515.74 |
| **Cavan Construction**<br>274 Bodley Road<br>Aston, PA  19014 | Tom Smith<br>(610) 356-2966 | | | 102,387.00 |
| **Midlantic Machinery Company**<br>2240 Bethlehem Pike<br>Hatfield, PA  19440 | Vince Altomare<br>(215) 882-0145 | | | 83,682.62 |
| **Valvano Construction, Inc.**<br>R 347 Main Street<br>Dickson City, PA  18519 | John Valvano<br>(570) 383-0231 | | | 75,617.50 |
| **HD Supply Waterworks, Ltd**<br>400 S. Graves Road<br>Plymouth Meeting, PA  18964 | Theresa Kerkhoff<br>(440) 237-3365 | | | 73,411.94 |
| **Middleport Materials**<br>PO Box 189<br>Telford, PA  18969 | | | Disputed | 68,009.09 |
| **Moyer Indoor/Outdoor**<br>PO Box 64198<br>Souderton, PA  18964 | John Moyer<br>(215) 799-2000 | | | 64,781.55 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Contact | Status | Amount |
|---|---|---|---|
| **Carrol Engineering**<br>949 Easton Road, Suite 100<br>Warrington, PA 18976 | **Thomas Watkins**<br>(215) 343-5700 | | **45,997.50** |
| **Lincoln Pavement Services**<br>51 Chestnut Hill Road<br>Stevens, PA 17578 | **Brian**<br>(717) 656-2016 | Disputed | **44,131.50** |
| **ProMax Fence Systems, Inc.**<br>2621 Centre Avenue<br>Reading, PA 19605 | **Russ Curtier**<br>(610) 685-4300 | Disputed | **42,683.10** |
| **Keystone Health Plan**<br>PO Box 70250<br>Philadelphia, PA 19176 | | | **42,031.18** |
| **Groffdale Concerte Walls**<br>430 Concrete Avenue<br>Leola, PA 17540 | **John Groffdale**<br>(717) 656-2016 | | **40,123.53** |
| **Earthcore Services**<br>1458 Shaner Drive<br>Pottstown, PA 19465 | **Rick Ketchell**<br>(610) 326-4826 | | **39,822.70** |
| **Brian L. Carpenter**<br>405 Main Street<br>Green Lane, PA 18054 | | | **37,029.96** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 17, 2011**      Signature: */s/ Gary M. Carpenter*

**Gary M. Carpenter, President**

(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only