**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

**IN RE:**                                                        Case No. **11-**

**Drum Construction Company, Inc.**                     Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Carpenter Brothers, Inc.**<br>**PO Box 130**<br>**Telford, PA  18969** | **100** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only