# EXHIBIT B

Drum Construction Co., Inc.
Case Number 11-14857, 06/17/2011

Six Week Cash Flow Projection

| | | Week Ending | 1 6/24/2011 | 2 7/1/2011 | 3 7/8/2011 | 4 7/15/2011 | 5 7/22/2011 | 6 7/29/2011 |
|---|---|---|---|---|---|---|---|---|
| pre petition | | Beginning Cash | 812.27 | 12,944.52 | 1,534.55 | 712.90 | 1,803.80 | 2,478.10 |
| | | Receipts: | | | | | | |
| | | Revenue | | | | | | |
| | 0 | Wohlsen | | 14,000.00 | 51,000.00 | | 6,695.00 | 61,937.31 |
| | 0 | Matrix | | | | | | |
| | 0 | Pascal | | | | | | |
| | 0 | SpringFord | | | | | | |
| | 0 | Accelerated Old AR | | | 29,000.00 | 36,000.00 | 23,000.00 | |
| | 0 | Sale of Assets | | | | | | |
| | 0 | Sale of Scrap | | | | | | |
| | 0 | Cobra/Medical Reim | 616.00 | 1,262.00 | | | | |
| | 0 | Loans: External | | | | | | |
| | 0 | Loans/Reimb: Internal | 31,528.00 | | | | | |
| | | CBI,GMC,BLC | | | | | | |
| | | Total Receipts | 32,144.00 | 15,262.00 | 80,000.00 | 36,000.00 | 29,695.00 | 61,937.31 |
| | | Disbursements: | | | | | | |
| | | Payroll Net | | | | | | |
| 5800 stopped ach 7500 | 0 | Mat'l for Jobs Wohlsen | 12,498.44 | 15,000.00 | 17,000.00 | 17,000.00 | 16,750.00 | 16,750.00 |
| | 0 | Mat'l for Jobs SpringFord | 575.00 | | 8,000.00 | | | |
| | 0 | Mat'l for Jobs Pas | | 1,800.00 | | | | |
| | 0 | Pay When Paid Matl | | | 11,000.00 | 1,500.00 | 2,500.00 | 1,500.00 |
| | 0 | Fuel/Reimb FH | 573.98 | 1,500.00 | 2,500.00 | 600.00 | 600.00 | 600.00 |
| | 0 | Empl Reim Fuel | 261.87 | 600.00 | 600.00 | 500.00 | 500.00 | 500.00 |
| | 0 | Equipment Parts/critical | | 500.00 | 500.00 | | | |
| | 0 | Registrations | | | | | | |
| 2mo 6328.75 | 0 | Loans Equipment various | - | - | - | - | - | - |
| | | Loans Bank (1LOC int) | | | | 3,200.00 | | |
| | GA | Prof Ser Legal | | | | | | |
| | GA | Prof Ser Accounting | 500.00 | 500.00 | | | | |
| | GA | Admin (bank fee/checks) | 80.00 | 40.00 | | | | |
| | GA | Dept of Justice Qtr | | | 15,827.12 | | | |
| Jun 15000 | GA | Insurance General | | | 16,934.63 | | | |
| | GA | Insurance Medical | | | 1,100.00 | | | |
| Jun 2600 | GA | Insurance Dental/ | | | 100.00 | 100.00 | 100.00 | |
| | GA | Office Supplies | | | | | | 200.00 |
| current 956.01 | GA | Util Electric | | 100.00 | | | | |
| 3000 | GA | Util Phone/Broadband | | 127.07 | | 1,000.00 | 1,500.00 | |
| 300 | GA | Util Cell Phone | | | | | | 650.00 |
| wk | GA | Util Sanitation | | 150.00 | 4,700.00 | 4,700.00 | 4,600.00 | 150.00 |
| qtr | T | PR Fed, SS, Med | 3,745.93 | 4,400.00 | | | | 4,600.00 |
| wk | T | PR FUTA | 13.65 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| qtr | T | PR State WH | 496.51 | 550.00 | 630.00 | 630.00 | 550.00 | 550.00 |
| qtr | T | PR State PUC | 279.93 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 |
| current | T | PR Local ETT LST | 201.54 | 250.00 | 250.00 | 250.00 | 240.00 | 240.00 |
| | 0 | PR 401K | 650.00 | 650.00 | 675.00 | 675.00 | 675.00 | 675.00 |
| current | 0 | PR Domestic Support | 134.90 | 134.90 | 134.90 | 134.90 | 134.90 | 134.90 |
| | 0 | PR Davis Bacon | | | | 3,750.00 | | |
| | | Total Disbursements | 20,011.75 | 26,671.97 | 80,821.65 | 34,909.90 | 29,019.90 | 27,519.90 |
| | | Ending Cash | 12,944.52 | 1,534.55 | 712.90 | 1,803.80 | 2,478.10 | 36,895.51 |
| | | Headcount | 20 | 21 | 23 | 23 | 22 | 22 |

Strategy:
Aggressively collect from old receivables w/WN
Aggressively sell non-value added equipment
Offer 2/10 discount to Pascal Receivable
Request reduction of retainage in Wohlsen job

Assumptions/Notes:
Reflects $ transferred to Tax DIP Account; all other activity is from Operating Account
Bank LOC 1 current invoice
Bank LOC 2 have not received invoice since Dec 2010 (est 7,100) $1M tied to Berkshire